Certificate Number: 05781-VAE-DE-037319720

Bankruptcy Case Number: 19-34097



05781-VAE-DE-037319720

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>April 4, 2023</u>, at <u>6:18</u> o'clock <u>AM PDT</u>, <u>Evette Clayton</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date: <u>April 4, 2023</u>    By:  <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>